United States Courts
Southern District of Texas
FILED

JUN 18 2020

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § § | CRIMINAL NUMBER **V-20-078** |
| ANDREW AARON CANTU § ANGELIC MONET PEREZ § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about March 3, 2020, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ANDREW AARON CANTU,
and ANGELIC MONET PEREZ,

did knowingly and intentionally conspire with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately one hundred and fifty-three and twenty-three hundredths (153.23) grams of a mixture or substance containing a detectable amount of methamphetamine a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*
PATTI HUBERT BOOTH
Assistant United States Attorney